IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM HEALY, | No. C-04-4873 MMC |
| Plaintiff, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| RBC DAIN RAUSCHER, et al., | |
| Defendants / | |

On February 17, 2005, the Court granted defendants' motion to compel arbitration and to stay proceedings herein pending completion of the arbitration. To date, there have been no further filings or other action taken in the case. Accordingly, the parties are hereby ORDERED to appear for a status conference on March 3, 2006 at 10:30 a.m. The parties shall file a joint status conference statement no later than February 24, 2006. If the arbitration has not yet concluded, the parties may file a stipulation seeking a continuance of the status conference to a date after the expected conclusion of the arbitration.

**IT IS SO ORDERED.**

Dated: January 9, 2006

MAXINE M. CHESNEY
United States District Judge