1  Cliff Palefsky, Esq. (State Bar No. 77683)
   Keith Ehrman, Esq. (State Bar No. 106985)
2  McGUINN, HILLSMAN & PALEFSKY
3  535 Pacific Avenue
   San Francisco, CA 94133
4  Telephone:  415/421-9292
   Facsimile:   415/403-0202
5
6  Attorneys for Plaintiff
   JIM HEALY
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

13 JIM HEALY,                           )
14                                      )   CASE NO. C-04-4873-MMC
                 Plaintiff,             )   (e-filing case)
15                                      )
   vs.                                  )   STIPULATION FOR DISMISSAL
16                                      )   [F.R.C.P. 41(a)(1)]
17 RBC DAIN RAUSCHER, a corporation,    )
   and DOES 1-20,                       )
18                                      )
                 Defendants.            )
19

20

21     IT IS HEREBY STIPULATED by and between the parties to this action through their

22 designated counsel that the above-captioned action be and hereby is dismissed with

23 prejudice as to defendants RBC DAIN RAUSCHER, pursuant to Federal Rule of Civil

24 Procedure 41 (a) (1).

25 Dated: January 31, 2006                    McGUINN, HILLSMAN & PALEFSKY
26
27                                           By: _____
                                                 Cliff Palefsky
28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATION FOR DISMISSAL                                                         1

Attorneys for Plaintiff

Dated: Feb 1, 2006

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, P.C.

By: _____
Gilbert R. Serota

Attorneys for Defendants

**SO ORDERED:**

Dated: February 1, 2005

_____
**MAXINE M. CHESNEY**
**United States District Judge**

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATION FOR DISMISSAL

2